FILED
AUG 25 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11cr471-BEN |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MAURICE LEROME SMITH, | |
| Defendant. | |

1. On June 7, 2011, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MAURICE LEROME SMITH ("Defendant") in the properties listed in the Indictment, namely,

    a.    One black 1995 Mercedes Benz, California License No. 3NAH184, VIN# WDBGA43E45A240951;

    b.    One black 2002 Hyundai, California License No. 5PKR690, VIN #KMHFU45E72A214566;

    c.    One chrome colored watch with "crome" and "Azzaro" printed on the watch face;

    d.    One watch with leather band marked with "Louis Vuitton";

    e.    One chrome colored watch with "B.U.M. equipment" printed on the watch face;

    f.    One silver and gold colored watch with "Halston" printed on the watch face;

    g.    One silver and gold colored watch with "Rolex" printed on the watch face;

|   |   |   |
|---|---|---|
| h. | One silver colored watch with a cracked watch crystal; |
| i. | One silver colored chain; |
| j. | One silver colored bracelet; |
| k. | One gold colored pendant encrusted with diamond like stones; |
| l. | Five rings and three diamond like loose stones in a white ring box marked "Daniel's"; |
| m. | One pearl style necklace; |
| n. | One bronze colored pendant on a thin rope; |
| o. | One heart pendant on a chain; |
| p. | Two ornate gold colored rings; |
| q. | One tarnished ring band; |
| r. | One "abby" pendant; and |
| s. | One "little sister" pendant on a chain. |

2. The Court has determined, based on the evidence already in the record, that the following property is subject to forfeiture pursuant to 18 U.S.C. § 922, that the Defendant had an interest in such property, and that the Government has established the requisite nexus between such property and such offenses:

        t. One 12 gauge bolt action Mossberg Model 195 firearm with magazine.

3. For thirty (30) consecutive days ending on July 8, 2011, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

//

//

4. There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

5. Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MAURICE LEROME SMITH and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a.    One black 1995 Mercedes Benz, California License No. 3NAH184, VIN# WDBGA43E45A240951;

    b.    One black 2002 Hyundai, California License No. 5PKR690, VIN #KMHFU45E72A214566;

    c.    One chrome colored watch with "crome" and "Azzaro" printed on the watch face;

    d.    One watch with leather band marked with "Louis Vuitton";

    e.    One chrome colored watch with "B.U.M. equipment" printed on the watch face;

    f.    One silver and gold colored watch with "Halston" printed on the watch face;

    g.    One silver and gold colored watch with "Rolex" printed on the watch face;

    h.    One silver colored watch with a cracked watch crystal;

    i.    One silver colored chain;

    j.    One silver colored bracelet;

    k.    One gold colored pendant encrusted with diamond like stones;

    l.    Five rings and three diamond like loose stones in a white ring box marked "Daniel's";

    m.    One pearl style necklace;

| | | |
|---|---|---|
| n. | One bronze colored pendant on a thin rope; |
| o. | One heart pendant on a chain; |
| p. | Two ornate gold colored rings; |
| q. | One tarnished ring band; |
| r. | One "abby" pendant; |
| s. | One "little sister" pendant on a chain; and |
| t. | One 12 gauge bolt action Mossberg Model 195 firearm with magazine. |

For thirty (30) consecutive days ending on July 8, 2011, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service (USMS) and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the USMS shall dispose of the forfeited properties according to law.

DATED:

ROGER T. BENITEZ, Judge
United States District Court

4

11cr471